IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEROXYCHEM LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INNOVATIVE ENVIRONMENTAL TECHNOLOGIES, INC., et al. | : | NO. 14-6446 |

## ORDER

**AND NOW**, this 7th day of July, 2015, upon consideration of Defendant Innovative Environmental Technologies, Inc.'s "Motion for Partial Summary Judgment" on Count I of the Amended Complaint (Docket No. 25), and all documents filed in connection thereto, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.