IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEROXYCHEM LLC : | |
| : | |
| Plaintiff/Counterclaim Defendant, : | CIVIL ACTION |
| : | |
| v. : | No. 14-6446 |
| : | |
| INNOVATIVE ENVIRONMENTAL : | NOTICE OF APPEARANCE |
| TECHNOLOGIES, INC., et al. : | |
| : | |
| Defendant/Counterclaim Plaintiff. : | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Douglas J. Ryder of the law firm of Ryder, Lu, Mazzeo & Konieczny LLC as counsel in this matter on behalf of the defendant/counterclaim plaintiff Innovative Environmental Technologies, Inc. Mr. Ryder has been admitted to practice in the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Ryder, Lu, Mazzeo & Konieczny LLC

Dated: August 27, 2015

By: _____
Douglas J. Ryder
808 Bethlehem Pike, Suite 200
Colmar, PA 18915
215-997-0248 (t)
215-997-0266 (f)
dryder@ryderlu.com

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEROXYCHEM LLC<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INNOVATIVE ENVIRONMENTAL<br>TECHNOLOGIES, INC., et al.<br><br>    Defendant/Counterclaim Plaintiff. | CIVIL ACTION<br><br>No. 14-6446 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, a true and correct copy of the foregoing Notice of Appearance was served via ECF electronic filing to the following attorneys of record:

Jeffrey S. Pollack
Duane Morris, LLP
30 South 17th St.
Philadelphia, PA 19103
215-979-1299
jspollack@duanemorris.com

Aleksander J. Goranin
Duane Morris LLP
30 South 17 Street
Philadelphia, PA 19103
215-979-1868 (t)
215-979-1020 (f)
agoranin@duanemorris.com

James L. Beausoleil, Jr.
Duane Morris LLP
30 South 17th St.
Philadelphia, PA 19103
215-979-1122
jlbeausoleil@duanemorris.com

Jessica Priselac
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1159
jpriselac@duanemorris.com

Dated: August 27, 2015

By: _____
Douglas J. Ryder